No. 88–1718.  SCHOEMEHL v. EDWARDS.  Sup. Ct. Mo.  Certiorari denied.

No. 88–1720.  WILSMANN v. UPJOHN CO. ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 88–1727.  VIDEO INTERNATIONAL PRODUCTIONS, INC. v. WARNER-AMEX CABLE COMMUNICATIONS, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 88–1730.  ATTORNEYS' TITLE GUARANTY FUND, INC. v. RICHARDS.  C. A. 10th Cir.  Certiorari denied.

No. 88–1731.  DISTRICT OF COLUMBIA NURSES ASSN. ET AL. v. DISTRICT OF COLUMBIA.  C. A. D. C. Cir.  Certiorari denied.

No. 88–1736.  WEMHOFF v. FLORIA ET AL.  Ct. App. D. C.  Certiorari denied.

No. 88–1740.  KARZOV v. ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION OF ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 88–1746.  MACURDY v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 88–1747.  GRAMMER v. PATTERSON SERVICES, INC.  C. A. 5th Cir.  Certiorari denied.

No. 88–1748.  TASHER v. ST. TAMMANY PARISH HOSPITAL ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 88–1749.  VELEZ v. CONNECTICUT.  App. Ct. Conn.  Certiorari denied.

No. 88–1750.  DAISLEY v. GENERAL ELECTRIC CO.  C. A. 4th Cir.  Certiorari denied.

No. 88–1752.  SOUTH CAROLINA ET AL. v. CATAWBA INDIAN TRIBE OF SOUTH CAROLINA, INC.  C. A. 4th Cir.  Certiorari denied.

No. 88–1759.  UNITED STATES v. MANDEL ET AL.  C. A. 4th Cir.  Certiorari denied.